# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Little Six, Inc., d/b/a Mystic Lake Casino Hotel

Case No. Civil 00-520RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Native Advertising, Inc., d/b/a www.domainname4lease.
com, d/b/a Domains 4 Lease, Isis Enterprises, Inc. and
<mysticlakecasino.net> Domain Name

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that permanent injunction is entered; that the internet domain name <mysticlakecasino.net> is transferred to Little Six, Inc., d/b/a Mystic Lake Casino Hotel; defendants deliver up and destroy all labels, packages, brochures, wrappers, advertisements, promotions and all other matter in custody or control of defendants bearing any of the Mystic Lake Casino Hotel marks, the internet domain name, <mysticlakecasino.net>, or any other internet domain names similar to or dilutive of the Mystic Lake Casino Hotel marks; defendants file with the court, within 30 days after service of defendants of the injunction, a report in writing and under oath setting forth in detail the manner and form defendants have complied with the injunction; defendants pay to Mystic Lake Casino Hotel damages in the amount of $100,000 and reasonable attorney fees, costs, expenses and interest to the set by further order of this court.

DATE: October 20, 2000

FRANCIS E. DOSAL, CLERK

______________________________

Denise La Fond, Deputy Clerk