**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Little Six, Inc., d/b/a
Mystic Lake Casino Hotel,

Plaintiff,

v.

Civil No. 00-520 (RHK/JMM)
**ORDER**

Native Advertising, Inc. d/b/a
www.domainname4lease.com,
d/b/a Domains 4 Lease, Isis
Enterprises, Inc., and
<mysticlakecasino.net>
Domain Name,

Defendants.

---

On October 20, 2000, the undersigned ordered the entry of a default judgment against the above-named defendants. In subparagraph (g) of that October 20 Order, the Court awarded Plaintiff Little Six, Inc. reasonable attorneys' fees, costs and expenses pursuant to 15 U.S.C. § 1117(a). Subparagraph (g) also provided that the amount of said award would be set by a subsequent order of the Court.

Presently before the Court is the Affidavit of Steven F. Olson and the Declaration of Stephen R. Baird in Support of Plaintiff's Motion for Costs and Fees. Attached to the affidavit and declaration are invoices from Mr. Olson's firm of BlueDog, Olson, and Small, P.L.L.P., and the intellectual property law firm of



FILED JAN 0 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Fish and Richardson, P.C, respectively. Mr. Olson and Mr. Baird's firms provided legal services to the Plaintiff in connection with the above captioned matter. The Court is aware that the rates these firms have charged the Plaintiff are governed by written contracts that has been reviewed and approved by the United States Department of the Interior.

The Court concludes that this action was an "exception case" for purposes of 15 U.S.C. § 1117(a), and that Plaintiff is entitled to reasonable attorneys fees incurred in connection with this case. The Court has reviewed the invoices for legal services and finds that the Plaintiff was billed for approximately six (6) hours of time spent in February of 2000 regarding whether to intervene in a Wisconsin lawsuit brought against Defendant Native Advertising, Inc. The Court concludes that those fees are not fairly attributable to this action, in which Plaintiff has prevailed, and therefore will deduct $1,200.00 from the requested amount of the award.

Based on the foregoing, and all of the files, records and proceedings herein, **IT IS ORDERED THAT** the Plaintiff shall be and hereby are entitled to recover from the Defendants attorneys' fees, costs and expenses totaling fifty-six thousand nine hundred thirteen dollars and ninety-six cents ($56,913.96).

Dated January 4, 2001

RICHARD H. KYLE
United States District Judge